IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case Number: 1:20cv02479

DOS BOWIES, LP, AUSTIN WALTER, ADAM
BRADEN, BARRY ETTINGER, BENJAMIN PHILLIPS,
TYC INVESTMENTS, LLC, DANNY EAPEN,
ERIC KUNTZ, GEOFFREY ALEXANDER,
HUNTER HUDSON, JOSE LLINAS, JOSEPH THAMES,
JAMES-PAUL DILL, KENNETH WALTER,
PAUL PISKLAK, RAFAL SUBERNAT,
RICHARD CAIN, ROY ABRAHAM,
RUSSELL BABBITT, RYAN KOCHEN, RIPE CAPITAL
PARTNERS LLC, STEVE NURKIN, SYED KALIM
HUSSAINI, HEESUK R. YOON, SUNIL CHERRY,
PARAG JOSHI, HITEN PATEL, NIMISH PATEL,
DAVID WEHBY, PALAM ANNAMALAI,
JASON MORRIS, MAULIK PARIKH, VENKAT IYER,
HANNIE PATEL, SHYAM KISHAN, WILLIAM HEFLIN
BARTON, III, RYAN NEUHAUS and GUPTA
BROKERAGE LLC,

                    **DEFAULT**
                    **JUDGMENT**

    **Plaintiffs,**

v.

MICHAEL ACKERMAN, DR. QUAN TRAN,
and JAMES A. SEIJAS,

    **Defendants.**

_____/

  This action having been commenced on March 20, 2020, by the filing of the Summons and Complaint. On March 23, 2020, Plaintiffs filed a Notice of Scrivner's Error at Paragraph 28 of Complaint and a corrected Complaint. *See* D.E. 13 and 13-1.

1

A copy of the Summons and corrected Complaint (the "Operative Complaint") having been personally served on Defendant Michael Ackerman ("Ackerman" or "Defendant"), on May 8, 2020, by serving Defendant Ackerman personally at University Hospitals, 5001 Transportation Drive, Room 2015, Sheffield, OH 44054 through Ben Purser, a process server duly authorized to serve legal process. Defendant Ackerman not having answered the Amended Complaint, and the time for answering the Operative Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That judgment be entered against Defendant Ackerman in the amount of $_____ with interest at \_\_\_\_% from June 8, 2020 through _____ amounting to $_____ plus cost and disbursements of this action in the amount of $_____ amounting in total to $_____.

**DATED**:    July \_\_\_, 2020
             New York, New York

_____
United States District Judge

This document was entered on the docket on _____.