SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DOS BOWIES LP, et al.,                            :
                            Plaintiffs,    :
                                        :     20 Civ. 2479 (LGS)
                  -against-                 :
                                        :     ORDER
MICHAEL ACKERMAN, et. al.,                 :
                            Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge

      WHEREAS, on March 2, 2020, Plaintiffs filed the Complaint against Michael Ackerman, James Seijas and Quan Tran. ECF 1;

      WHEREAS, on May 29, 2020, the Summons Returned Executed was filed on the docket, stating that Ackerman was served the Complaint on May 8, 2020. ECF 20. The Summons Returned Executed further provided that Ackerman's deadline to answer or otherwise respond to the Complaint was May 29, 2020. *Id*;

      WHEREAS, Ackerman failed to timely answer or otherwise respond to the Complaint;

      WHEREAS, on June 26, 2020, the Court issued an Order directing Ackerman to attend a hearing to show cause why default judgment should not be entered against him. ECF 36. The telephonic hearing was set for July 23, 2020. *Id*.;

      WHEREAS, Ackerman appeared at the telephonic show cause hearing. It is hereby

      **ORDERED** that Ackerman may submit a letter to the Court no later than **August 6, 2020**, stating that he intends to participate in this matter. If Ackerman does not submit a letter to the Court by August 6, 2020, then the Court will enter default judgment against him.

      Plaintiffs shall ensure that Ackerman receives a copy of this letter.

Dated: July 23, 2020
         New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE