UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOS BOWIES, LP, AUSTIN WALTER, ADAM BRADEN, BARRY ETTINGER, BENJAMIN PHILLIPS, TYC INVESTMENTS, LLC, DANNY EAPEN, ERIC KUNTZ, GEOFFREY ALEXANDER, HUNTER HUDSON, JOSE LLINAS, JOSEPH THAMES, JAMES-PAUL DILL, KENNETH WALTER, PAUL PISKLAK, RAFAL SUBERNAT, RICHARD CAIN, ROY ABRAHAM, RUSSELL BABBITT, RYAN KOCHEN, RIPE CAPITAL PARTNERS LLC, STEVE NURKIN, SYED KALIM HUSSAINI, HEESUK R. YOON, SUNIL CHERRY, PARAG JOSHI, HITEN PATEL, NIMISH PATEL, DAVID WEHBY, PALAM ANNAMALAI, JASON MORRIS, MAULIK PARIKH, VENKAT IYER, HANNIE PATEL, SHYAM KISHAN, WILLIAM HEFLIN BARTON, III, RYAN NEUHAUS and GUPTA BROKERAGE LLC,<br><br>            Plaintiffs,<br>    v.<br><br>MICHAEL ACKERMAN, DR. QUAN TRAN, and JAMES A. SEIJAS.,<br><br>            Defendants. | Civil Action No. 20-cv-2479 (LGS)<br><br>Document Filed Electronically |

**SUGGESTION OF THE PENDENCY OF BANKRUPTCY PROCEEDINGS
UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

Defendant, QUAN TRAN, by and through his undersigned attorney, hereby files the following Suggestion of Pendency of Bankruptcy Proceedings under Chapter 7 of the Bankruptcy Code and says that:

1. The caption and number of the Chapter 7 case are as follows:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

QUAN DINH TRAN                                   Case No. 8:20-bk-5750
                                                 Chapter 7
    Debtor.
_____/

2. The Petition was filed on July 29, 2020.

3. Pursuant to 11 U.S.C., Section 362(a) of the Bankruptcy Code, the filing of the Petition operates as a stay of the commencement or continuation of these proceedings.

4. The filing of this Suggestion is not a waiver or consent by the Debtor of any jurisdictional venue or other related matters but is simply filed as a courtesy to the Court and parties in interest so that notice of the Debtor's bankruptcy filing is provided.

I HEREBY CERTIFY that, on July 29, 2020, the foregoing was filed electronically using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP


By: /s/ Scott C. Ilgenfritz
Scott C. Ilgenfritz, FBN 394084
SunTrust Financial Centre
401 E. Jackson Street, Suite 3100
Tampa, Florida 33602
Telephone: 813-225-2500
Facsimile: 813-223-7118
Primary email: scotti@jpfirm.com
Secondary email: debbieh@jpfirm.com
*Attorneys for Defendant, Dr. Quan Tran*

6419925_1

-2-