**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DOS BOWIES, LP, et al.,

                Plaintiffs,

-against-                                 20 **CIVIL** 2479 (LGS)

## **JUDGMENT**

MICHAEL ACKERMAN, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 29, 2021, Defendants' motion to dismiss is GRANTED.

**Dated:** New York, New York

      January 29, 2021

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                      **Clerk of Court**

                            **BY:**     _K. Mango_____
                                                      **Deputy Clerk**