IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case Number: 1:20cv02479

DOS BOWIES, LP, AUSTIN WALTER, ADAM
BRADEN, BARRY ETTINGER, BENJAMIN PHILLIPS,
TYC INVESTMENTS, LLC, DANNY EAPEN,
ERIC KUNTZ, GEOFFREY ALEXANDER,
HUNTER HUDSON, JOSE LLINAS, JOSEPH THAMES,
JAMES-PAUL DILL, KENNETH WALTER,
PAUL PISKLAK, RAFAL SUBERNAT,
RICHARD CAIN, ROY ABRAHAM,
RUSSELL BABBITT, RYAN KOCHEN, RIPE CAPITAL
PARTNERS LLC, STEVE NURKIN, SYED KALIM
HUSSAINI, HEESUK R. YOON, SUNIL CHERRY,
PARAG JOSHI, HITEN PATEL, NIMISH PATEL,
DAVID WEHBY, PALAM ANNAMALAI,
JASON MORRIS, MAULIK PARIKH, VENKAT IYER,
HANNIE PATEL, SHYAM KISHAN, WILLIAM HEFLIN
BARTON, III, RYAN NEUHAUS and GUPTA
BROKERAGE LLC,

          **Plaintiffs,**

v.

MICHAEL ACKERMAN, DR. QUAN TRAN,
and JAMES A. SEIJAS,

          **Defendants.**

_____/

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Dos Bowies, LP ("**Dos Bowies**"), Austin Walter ("**Mr. A. Walter**"), Adam Braden ("**Dr. Braden**"), Barry Ettinger ("**Dr. Ettinger**"), Benjamin Phillips ("**Dr. Phillips**"), TYC Investments, LLC ("**TYC**"), Danny Eapen ("**Dr. Eapen**"), Eric Kuntz ("**Mr. Kuntz**"), Geoffrey Alexander ("**Dr. Alexander**"), Hunter Hudson ("**Mr. Hudson**"), Jose Llinas ("**Dr. Llinas**"), Joseph Thames ("**Mr. Thames**"), James-Paul Dill ("**Mr. Dill**"), Kenneth

Walter ("**Mr. K. Walter**"), Paul Pisklak ("**Dr. Pisklak**"), Rafal Subernat ("**Dr. Subernat**"), Richard Cain ("**Dr. Cain**"), Roy Abraham ("**Mr. Abraham**"), Russell Babbitt ("**Dr. Babbitt**"), Ryan Kochen ("**Mr. Kochen**"), Ripe Capital Partners LLC ("**Ripe Capital**"), Steve Nurkin ("**Dr. Nurkin**"), Syed Kalim Hussaini ("**Dr. Hussaini**"), Heesuk R. Yoon ("**Dr. Yoon**"), Sunil Cherry ("**Dr. Cherry**"), Parag Joshi ("**Dr. Joshi**"), Hiten Patel ("**Dr. H. Patel**"), Nimish Patel ("**Dr. N. Patel**"), David Wehby ("**Dr. Wehby**"), Palam Annamalai ("**Dr. Annamalai**"), Jason Morris ("**Dr. Morris**"), Maulik Parikh ("**Dr. Parikh**"), Venkat Iyer ("**Dr. Iyer**"), Hannie Patel ("**Dr. Patel**"), Shyam Kishan ("**Dr. Kishan**"), William Heflin Barton, III ("**Dr. Barton**"), Ryan Neuhaus ("**Dr. Neuhaus**") and Gupta Brokerage LLC ("**Gupta Brokerage**"), in the above-captioned case, appeal to the United States Court of Appeals for the Second Circuit from the judgment (Docket Entry ("**D.E.**") 47) entered on January 29, 2021, that granted Defendant Dr. Quan Tran and Defendant James A. Seijas' motion to dismiss (D.E. 38) and dismissed the above-captioned matter.

Dated:  Coral Gables, Florida
        February 26, 2021

**HUNTER TAUBMAN FISCHER & LI LLC**

*/s/ Mark David Hunter*
Mark David Hunter, Esquire
New York Bar No. 4017331
Jenny Johnson-Sardella, Esquire
New York Bar No. 4225850
2 Alhambra Plaza, Suite 650
Coral Gables, Florida 33134
Tel:    (305) 629-1180
Fax:    (305) 629-8099
E-mail: mhunter@htflawyers.com
        jsardella@htflawyers.com

2

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on February 26, 2021.  Parties of record may obtain a copy through the Court's CM/ECF system.  The undersigned certifies that no party of record requires service of documents through any means other than the CM/ECF system.

                                                */s/ Mark David Hunter*
                                                Mark David Hunter