

**JOHNSON POPE**
BOKOR RUPPEL & BURNS, LLP

Scott C. Ilgenfritz
Truist Place
401 EAST JACKSON STREET, SUITE 3100
TAMPA, FLORIDA 33602
TELEPHONE: (813) 225-2500
Facsimile: (813) 223-7118

COUNSELORS AT LAW        TAMPA • CLEARWATER • ST. PETERSBURG

Email: scotti@jpfirm.com
FILE NO. 69839.146945

April 30, 2021

**VIA ELECTRONIC FILING**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

  Re: Dos Bowies, LP, et al. v. Michael Ackerman, et al.
    Case No. 1:20cv02479

Dear Judge Shofield:

  This firm represents defendant, Dr. Quan Tran, in the above-referenced case.  In its March 30, 2021, order, the Court directed that counsel for Dr. Tran file by April 30, 2021, a status letter informing the Court of the status of Dr. Tran's bankruptcy proceeding.  [Dkt. 51] This letter constitutes the status letter contemplated by the Court's March 30, 2021 order.

  Dr. Tran filed a chapter 7 petition with the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, on July 29, 2020.  The undersigned is counsel of record for Dr. Tran in the bankruptcy case.  The chapter 7 bankruptcy case remains open and pending and the automatic stay remains in full force and effect.

    Sincerely,

    JOHNSON, POPE, BOKOR,
    RUPPEL & BURNS, LLP

    Michael C. Markham for
    Scott C. Ilgenfritz

SCI/dh