**MANDATE**

N.Y.S.D. Case # 20-cv-2479(LGS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of May, two thousand twenty-one,

_____

Dos Bowies LP, Austin Walter, Adam Braden, Barry Ettinger, Benjamin Phillips, TYC Investments, LLC, Danny Eapen, Eric Kuntz, Geoffrey Alexander, Hunter Hudson, Jose Llinas, Joseph Thames, James-Paul Dill, Kenneth Walter, Paul Pisklak, Rafal Subernat, Richard Cain, Roy Abraham, Russell Babbit, Ryan Kochen, Ripe Capital Partners LLC, Steve Nurkin, Syed Kalim Hussaini, Heesuk R. Yoon, Sunil Cherry, Parag Joshi, Hiten Patel, Nimish Patel, David Webby, Palam Annamalai, Jason Morris, Maulik Parikh, Venkat Iyer, Hannie Patel, Shyam Kishan, William Heflin Barton, III, Ryan Neuhaus, Gupta Brokerage LLC,

   Plaintiffs - Appellants,

v.

Michael Ackerman,

   Defendant,

Dr. Quan Tran, James A. Seijas,

   Defendants - Appellees.
_____

**ORDER**
Docket No. 21-478

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 04 2021

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

**MANDATE ISSUED ON 05/04/2021**

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit