UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DOS BOWIES, LP et al.,

                  Plaintiffs,

-against-

JAMES A. SEIJAS, et al.,

                  Defendants.
------------------------------------------------------------X

20 Civ. 2479 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 30, 2021 (Dkt. No. 51), stayed dismissal of the Complaint's claims against Defendant Tran and directed him to file status letters every sixty days informing the court of the status of his bankruptcy proceeding, filed on July 29, 2020, in the Middle District of Florida (the "Bankruptcy Proceeding").

WHEREAS, Defendant Tran did not timely file the most recent status letter. It is hereby

**ORDERED** that as soon as possible and no later than **July 6, 2021**, Defendant Tran shall file a status letter per the Individual Rules apprising the Court of the status of the Bankruptcy Proceeding.

Dated: July 1, 2021
       New York, New York

                                           LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE