

**JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**

COUNSELORS AT LAW         TAMPA ■ CLEARWATER ■ ST. PETERSBURG

Scott C. Ilgenfritz
Truist Place
401 EAST JACKSON STREET, SUITE 3100
TAMPA, FLORIDA 33602
TELEPHONE: (813) 225-2500
Facsimile: (813) 223-7118

Email: scotti@jpfirm.com
FILE NO. 69839.146945

July 2, 2021

**VIA ELECTRONIC FILING**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Dos Bowies, LP, et al. v. Michael Ackerman, et al.
Case No. 1:20cv02479

Dear Judge Shofield:

This firm represents defendant, Dr. Quan Tran, in the above-referenced case. In its March 30, 2021, order, the Court directed that counsel for Dr. Tran file by April 30, 2021, a status letter informing the Court of the status of Dr. Tran's bankruptcy proceeding. [Dkt. 51] Counsel inadvertently overlooked timely filing this second sixty day status letter, and it is being filed as directed in the Court's July 1, 2021, order. [Dkt. 54]

Dr. Tran filed a Chapter 7 petition with the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, on July 29, 2020. Michael Markham, a partner of the undersigned, is counsel of record for Dr. Tran in the bankruptcy case. The Chapter 7 bankruptcy case remains open and pending and the automatic stay remains in full force and effect.

Sincerely,

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

Scott C. Ilgenfritz

SCI/dh

7138878