UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DOS BOWIES, LP et al.,                                      :
                              Plaintiffs,                   :
                                                            :      20 Civ. 2479 (LGS)
             -against-                                      :
                                                            :              ORDER
JAMES A. SEIJAS et al.,                                     :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 30, 2021 (Dkt. No. 51), stayed dismissal of the Complaint's claims against Defendant Tran and directed him to file status letters every sixty (60) days informing the court of the status of his bankruptcy proceeding, filed on July 29, 2020, in the Middle District of Florida (the "Bankruptcy Proceeding"). It is hereby

**ORDERED** that the Court's March 30, 2021 Order (Dkt. No. 51) is amended so as to require Plaintiff, rather than Defendant Tran, to file status letters every sixty (60) days, apprising the court of the status of the Bankruptcy Proceeding. It is further

**ORDERED** that Plaintiff shall file its first status letter by **January 5, 2022**.

Dated: December 27, 2021
       New York, New York

                                          _____
                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**