UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOS BOWIES LP et al.,
                       Plaintiffs,

             -against-

JAMES A. SEIJAS et al.,
                       Defendants.
------------------------------------------------------------X

20 Civ. 2479 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 27, 2021, directed Plaintiff to file a letter every sixty (60) days informing the court of the status of Defendant Quan Tran's bankruptcy proceeding.

WHEREAS, Plaintiff did not timely file the most recent status letter. It is hereby

**ORDERED** that by **May 12, 2022**, Plaintiff shall file a letter apprising the court of the status of Defendant Tran's bankruptcy proceeding.

Dated: May 10, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE