```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DOS BOWIES LP, et al.,                                        :
                               Plaintiffs,                    :
                                                              :   20 Civ. 2479 (LGS)
              -against-                                       :
                                                              :         ORDER
JAMES A. SEIJAS, et al.,                                      :
                               Defendants.                    :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 27, 2021, directed Plaintiff to file a letter every sixty (60) days informing the Court of the status of Defendant Quan Tran's bankruptcy proceeding;

WHEREAS, Plaintiff did not timely file the most recent status letter.  It is hereby

**ORDERED** that, by **May 26, 2023**, Plaintiff shall file a letter apprising the Court of the status of Defendant Tran's bankruptcy proceeding.

Dated: May 23, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**