UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DOS BOWIES LP, et al.,                                      :
                                        Plaintiffs,         :
                                                            :   20 Civ. 2479 (LGS)
            -against-                                       :
                                                            :   ORDER
JAMES A. SEIJAS, et al.,                                    :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 27, 2021, directed Plaintiffs to file a letter every sixty (60) days informing the Court of the status of Defendant Quan Tran's bankruptcy proceeding;

WHEREAS, Plaintiffs did not timely file the most recent status letter. It is hereby

**ORDERED** that, by **September 29, 2023**, Plaintiff shall file a letter apprising the Court of the status of Defendant Tran's bankruptcy proceeding.

Dated: September 28, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE