```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DOS BOWIES LP, et al.,                                       :
                                      Plaintiffs,            :
                                                             :    20 Civ. 2479 (LGS)
                -against-                                    :
                                                             :         ORDER
JAMES A. SEIJAS, et al.,                                     :
                                      Defendants.            :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 27, 2021, directed Plaintiffs to file a letter every sixty (60) days informing the Court of the status of Defendant Quan Tran's bankruptcy proceeding;

WHEREAS, Plaintiffs did not timely file the most recent status letter. It is hereby

**ORDERED** that, by **December 6, 2023**, Plaintiffs shall file a letter apprising the Court of the status of Defendant Tran's bankruptcy proceeding.

Dated: December 4, 2023
New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**