UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOS BOWIES LP, et al.,

                      Plaintiffs,

           -against-

JAMES A. SEIJAS, et al.,

                      Defendants.
-------------------------------------------------------------X

20 Civ. 2479 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 27, 2021, directed Plaintiffs to file a letter every sixty (60) days informing the Court of the status of Defendant Quan Tran's bankruptcy proceeding;

WHEREAS, Plaintiffs did not timely file the most recent status letter. It is hereby

**ORDERED** that, by **April 11, 2024**, Plaintiffs shall file a letter apprising the Court of the status of Defendant Tran's bankruptcy proceeding.

Dated: April 9, 2024
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE