UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
DOS BOWIES LP, et al.,
                         Plaintiffs,

                   20 Civ. 2479 (LGS)

          -against-

                   ORDER

JAMES A. SEIJAS, et al.,
                         Defendants.

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the order at Dkt. 51 dated March 30, 2021, dismissed this action with prejudice as to all Defendants except Defendant Tran, as to which the action was dismissed without prejudice;

      WHEREAS, the March 30, 2021, order also directed Defendant Tran to file any objection to dismissal of the Complaint or denial of leave to file the proposed First Amended Complaint within thirty days after the conclusion of Defendant Tran's bankruptcy proceeding in the Middle District of Florida. The order warned that failure to file a timely objection would result in dismissal of this action with prejudice against Defendant Tran;

      WHEREAS, Plaintiffs filed a letter on June 7, 2024, stating that Defendant Tran's bankruptcy proceeding closed on May 31, 2024, over thirty days ago;

      WHEREAS, Defendant Tran has not filed an objection. It is hereby

      **ORDERED** that this action against Defendant Tran is **DISMISSED with prejudice**. The Clerk of Court is respectfully directed to close this case.

Dated: July 9, 2024
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE